UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
               :

LOCATION INCORPORATED,               :

               :

           Plaintiff,          :

               :

      -v-           :        26 Civ. 1334 (JPC)

               :

GABRIEL KILONGO and JUPITER     :        ORDER
CONTEMPORARY INC.,           :

               :

           Defendants.     :

               :

---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Plaintiff initiated this case by filing a Complaint on February 17, 2026.  Dkt. 1.  On March 11, 2026, Plaintiff filed a declaration of service purporting that Plaintiff served Defendants on February 17, 2026, Dkt. 8, which would make Defendants' deadline to respond to the Complaint March 10, 2026.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  That deadline has passed.  Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until March 26, 2026.

No later than March 20, 2026, Plaintiff must serve copies of this Order on Defendants by personally delivering it to, and leaving it with someone qualified to accept service at, 1217 71st Street, Miami Beach, Florida 33141, which, according to the Complaint, is Defendants' place of business.  *See* Dkt. 6 at ¶¶ 3, 5.  By March 21, 2026, Plaintiff must file proof of such service on the docket.

      SO ORDERED.

Dated: March 12, 2026
      New York, New York                   JOHN P. CRONAN
                                United States District Judge