UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                      :
LOCATION INCORPORATED,                                                :
                                                                      :
                              Plaintiff,                              :
                                                                      :
             -v-                                                      :        26 Civ. 1334 (JPC)
                                                                      :
GABRIEL KILONGO and JUPITER                                           :        ORDER
CONTEMPORARY INC.,                                                    :
                                                                      :
                              Defendants.                             :
                                                                      :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has been informed that the parties have reached a settlement in principle in this

case.  Accordingly, it is ordered that Plaintiff's claims are dismissed without costs and without

prejudice to renewing the claims, provided the application is made within thirty days of this Order

in the event the settlement agreement is not completed and executed.  Any such application filed

after thirty days from the date of this Order may be denied solely on that basis.  If the parties wish

for the Court to retain jurisdiction for the purposes of enforcing any settlement agreements, they

must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by

the Court.  Pursuant to 3.G of the Court's Individual Rules and Practices for Civil Cases, unless the

Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement

unless it is made part of the public record.  The Clerk of Court is respectfully directed to close this

case.

       SO ORDERED.

Dated: March 23, 2026
       New York, New York                          _____
                                                          JOHN P. CRONAN
                                                       United States District Judge